STATE OF LOUISIANA

COURT OF APPEAL

FIRST CIRCUIT

2018 CA 1159

PONTCHARTRAIN NATURAL GAS SYSTEM, K/D/S
PROMIX, L.L.C., AND ACADIAN GAS PIPELINE SYSTEM

VERSUS

TEXAS BRINE COMPANY, LLC

Judgment Rendered: **NOV 1 5 2019**

* * * * * * *

On Appeal from the
23rd Judicial District Court
In and for the Parish of Assumption
State of Louisiana
Trial Court No. 34,265

Honorable Thomas J. Kliebert, Jr., Judge Presiding

* * * * * * *

Leopold Z. Sher                    Attorneys for Appellant/
James M. Garner                    Defendant, Third-Party Plaintiff,
Peter L. Hilbert, Jr.              Texas Brine Company, LLC
Jeffrey D. Kessler
New Orleans, Louisiana

Robert Ryland Percy, III
Gonzales, Louisiana

Travis J. Turner
Gonzales, Louisiana

Joseph L. Shea, Jr.                Attorneys for Appellee/Third-Party
Katherine Smith Baker              Defendant,
Ashley G. Gable                    Reliance Petroleum Corporation
Joshua S. Chevallier
Shreveport, Louisiana

Matthew J. Randazzo, III  
Christopher B. Bailey  
Will Montz  
Lafayette, Louisiana  

Attorneys for Appellees/Third-Party Defendants,  
LORCA Corporation and Colorado Crude Company  

Frank H. Spruiell, Jr.  
Reid A. Jones  
Seth M. Moyers  
Shreveport, Louisiana  

Attorneys for Appellee/Third-Party Defendant,  
Sol Kirschner  

Martin A. Stern  
Leigh Ann Schell  
Raymond P. Ward  
Sara Valentine  
New Orleans, Louisiana  

Attorneys for Appellees/Defendants,  
Third-Party Defendants,  
Occidental Chemical Corporation,  
Occidental Petroleum Corporation,  
Basic Chemicals Company, LLC, and  
Occidental VCM, LLC  

Kathy Patrick  
Angus J. Dodson  
Laura J. Kissel  
Houston, Texas  

Sidney W. Degan, III  
Julia A. Dietz  
Catherine Thigpen  
Matthew F. Morgan  
New Orleans, Louisiana  

Attorneys for Appellee/Third-Party Defendant,  
Chicago Insurance Company  

\* \* \* \* \* \* \*

**BEFORE: HIGGINBOTHAM,[1] PENZATO, AND LANIER, JJ.**

---

[1] Judge Toni Manning Higginbotham was not present at the oral argument of this case; however, she participated in deliberations via a recording of the hearing.

**PENZATO, J.**

This is one of several lawsuits arising from the appearance of a sinkhole near Bayou Corne in Assumption Parish, Louisiana, in August 2012. The plaintiffs herein, Pontchartrain Natural Gas System, K/D/S Promix, L.L.C., and Acadian Gas Pipeline System, filed suit against Texas Brine Company, LLC, alleging that Texas Brine's mining operations at the brine production well known as Oxy Geismar #3 caused the sinkhole and damaged their nearby oil storage facilities and pipelines. Relevant hereto, Texas Brine filed incidental demands asserting both tort and contract claims against the following non-operators of the nearby Adams-Hooker #1 oil and gas well: Colorado Crude Company, Sol Kirschner, LORCA Corporation, and Reliance Petroleum Corporation and its insurer, Chicago Insurance Company.

The non-operators filed motions for summary judgment seeking the dismissal of their tort claims. Following a hearing, the trial court granted the motions by judgment signed August 28, 2017. Because the judgment dismissed all tort claims against the non-operators, the trial court determined that there was no just reason for delay, and designated the judgment as a final judgment as to the tort claims against the non-operators. Texas Brine appealed, and this court affirmed the August 28, 2017 judgment in *Pontchartrian Natural Gas System v. Texas Brine Company, LLC*, 2018-0606 (La. App. 1 Cir. 12/21/18), 268 So. 3d 1058, writ denied, 2019-0526 (La. 6/17/19), 273 So. 3d 1210.

The non-operators also filed motions for summary judgment seeking the dismissal of Texas Brine's contract claims. The motions were granted, and Texas Brine's contract claims against the non-operators were dismissed by judgment dated September 27, 2017. Texas Brine then appealed the judgments dismissing the non-operators, including both the September 27, 2017 judgment and the August 28, 2017 judgment, in a single appeal. This court lodged the appeals separately,

under this docket number (2018 CA 1159) for the August 28, 2017 judgment dismissing the tort claims, and under docket number 2018 CA 1170 for the September 27, 2017 judgment dismissing the contract claims.

We have determined that this appeal is a duplicate of the appeal that was filed by Texas Brine and addressed by this court in *Pontchartrain*, 268 So. 3d 1058. Because we have previously addressed the merits, this appeal (docket number 2018 CA 1159) is moot. We further note that the pending rule to show cause as to the timeliness of this appeal and the motion to supplement the record are also moot. Accordingly, we hereby dismiss this appeal and the pending motions via summary disposition in accordance with Uniform Court of Appeal Rule 2-16.2.A(2) and (3). All costs of this appeal are assessed against Texas Brine Company, LLC.

**RULE TO SHOW CAUSE, MOTION TO SUPPLEMENT THE RECORD, AND APPEAL DISMISSED.**